No. 72–1085. COMBS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–1095. STOCKWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–1098. ORTEGA *v.* UNITED STATES; and
No. 72–1103. ORSINI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1099. RUSSO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1102. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 57 *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–1140. GASPARINO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–1184. CHOCTAW COUNTY BOARD OF EDUCATION *v.* COLE. C. A. 5th Cir. Certiorari denied.

No. 72–1186. TOP VISION CABLE CO. OF KENTUCKY *v.* CITY OF OWENSBORO ET AL. Ct. App. Ky. Certiorari denied.

No. 72–1205. STOVE, FURNACE & ALLIED APPLIANCE WORKERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO, LOCAL 123–B *v.* GAFFERS & SATTLER, INC. C. A. 9th Cir. Certiorari denied.

No. 72–1233. TEXAS MORTGAGE CO. *v.* PHILLIPS PETROLEUM CO. ET AL. C. A. 5th Cir. Certiorari denied.